JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY L. SIMON, an individual, | **CASE NO.: 2:18-cv-01939-R-AFM** |
| Plaintiff, | **ORDER** |
| vs. | |
| PATENAUDE & FELIX, a California professional corporation; and DOES 1-10, inclusive, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR COUNSEL HEREIN:**

Based upon the stipulation of the parties, with good cause shown, IT IS HEREBY ORDERED that this entire case is hereby dismissed in its entirety, with prejudice.

**IT IS SO ORDERED.**

DATED: May 23, 2018

_____
JUDGE OF THE US DISTRICT COURT